UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21228-CIV-SEITZ/O'SULLIVAN

**CLOSED CIVIL CASE**

EVA GULARTE, FLOREEN GULARTE and
ESTHER GULARTE, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.

NCL AMERICA, INC., and NCL (Bahamas) LTD.,
a Bermuda Company

        Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER is before the Court upon the Plaintiffs' Notice of Voluntary Dismissal [DE-12]. Upon due consideration and pursuant to Federal Rule of Civil Procedure 41, it is hereby

ORDERED that:

(1) This case is DISMISSED WITHOUT PREJUDICE;

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 26 day of June, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
        Judge John J. O'Sullivan